## McCOLLUM *v.* HOWARD.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF IOWA.

No. 344. Argued February 4, 1870. — Decided March 7, 1870.

This court will not take jurisdiction over an interlocutory decree.

MR. JUSTICE FIELD delivered the opinion of the court.

The decree in this case, made on the twenty-sixth day of May, 1869, is interlocutory and not final. The appeal from it must, therefore, be dismissed. *Ordered accordingly.*

*Mr. S. W. Fuller*, *Mr. B. C. Cook*, *Mr. Thomas F. Withrow*, for appellants.

*Mr. James Grant* for appellees.